# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| **SHAMEKA MOSBY,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:24-cv-3199-SEM-EIL |
| | ) |
| **LOGAN CORRECTIONAL** | ) |
| **CENTER,** | ) |
| Defendant. | ) |

## MERIT REVIEW ORDER

**SUE E. MYERSCOUGH, United States District Judge:**

Plaintiff *pro se* Shameka Mosby has filed an Amended Complaint (Doc. 9) under 42 U.S.C. § 1983 that is before the Court for screening. For the following reasons, Plaintiff's Complaint is dismissed without prejudice.

## I. Screening Standard

The Court must "screen" Plaintiff's complaint and dismiss any legally insufficient claim or the entire action if warranted. 28 U.S.C. § 1915A. A claim is legally insufficient if it "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." *Id.* In reviewing the complaint, the Court

accepts the factual allegations as accurate, liberally construing them in the plaintiff's favor. *Turley v. Rednour*, 729 F.3d 645, 649 (7th Cir. 2013). However, conclusory statements and labels are insufficient. Enough facts must be provided to "state a claim for relief that is plausible on its face." *Alexander v. United States*, 721 F.3d 418, 422 (7th Cir. 2013) (citation omitted).

## II. Facts Alleged

Plaintiff's complaint arises from her time on housing units 11 and 15 at Logan Correctional Center ("Logan") in May and June 2024.

Plaintiff alleges that on May 25, the lights went out in her cell and she was left to live in a dark room. On May 28, the cell toilet stopped up and she was exposed to feces. Plaintiff was not removed from these conditions until June 2, when she was assigned to a new cell.

Plaintiff also alleges that she was exposed to mold in the showers, as well as rusted and broken light fixtures falling on her in the showers.

Plaintiff indicates that she and other inmates complained multiple times to lieutenants, sergeants, and correctional officers

about these issues and was advised that a work order had been put in.

### III. Analysis

"Section 1983 only permits an individual to sue a 'person' who deprives that individual of his or her federally-guaranteed rights under color of state law." *Snyder v. King*, 745 F.3d 242, 246 (7th Cir. 2014). Therefore, a building, such as a jail or correctional facility, cannot be sued under § 1983. *Smith v. Knox County Jail*, 666 F.3d 1037, 1040 (7th Cir. 2012); *see also White v. Knight*, 710 F. App'x 260, 262 (7th Cir. Jan. 29, 2018).

In her Amended Complaint, Plaintiff has not identified any person who may be sued under § 1983. The Complaint lists only Logan Correctional Center, a building, as the Defendant in this matter.

Plaintiff may have an Eighth Amendment conditions of confinement claim. *See Farmer v. Brennan*, 511 U.S. 825, 837 (1994) (prison official can be found liable under Eighth Amendment for denying humane conditions of confinement if "the official knows of and disregards an excessive risk to inmate health or safety").

However, because Plaintiff may not sue Logan Correctional Center, her Amended Complaint must be dismissed.

Plaintiff will be granted leave to file another amended complaint if she wishes to sue one or more Defendants, either by name or as unknown John/Jane Does, who are persons who may be sued under § 1983 and who allegedly knew of and disregarded the conditions Plaintiff described in her current Amended Complaint.  Plaintiff is advised that any proposed amended complaint must completely replace the current Amended Complaint and stand on its own, without reference to or reliance upon the earlier Amended Complaint.  *See Flannery v. Recording Indus. Ass'n of Am.*, 354 F.3d 632, 638 n.1 (7th Cir. 2004).

**IT IS THEREFORE ORDERED:**

1) **Plaintiff's Motion for Leave to File Amended Complaint [9] is GRANTED.**
2) **The Amended Complaint is DISMISSED without prejudice.**

**3)** **Plaintiff's deadline to file a second amended complaint is 21 days from entry of this Order.  If Plaintiff does not file an amended complaint by that deadline, this case will be dismissed.**

ENTERED May 2, 2025.

s/ *Sue E. Myerscough*
_____
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE
